**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **BARBARA BULGART** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:24-cv-13306 |
| **v.** | ) |
| | ) Hon. Jeremy C. Daniel |
| **Prime Time Window Cleaning, Inc.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'SFRCP 12(b)(6) MOTION**
**TO DISMISS PLAINTIFF'S COMPLAINT**

Now comes Defendant, Prime Time Window Cleaning, Inc. ("Prime Time" or "Defendant"), by and through its attorneys Adler Law Group, and moves this Court to dismiss the Complaint of Plaintiff, Barbara Bulgart ("Plaintiff"), filed on December 30, 2024 (Dkt. No. 1) ("Complaint" or "Cmplt."). In support thereof, Defendant states as follows:

1. Plaintiff purportedly seeks to represent a nationwide class of plaintiffs as a result of what she alleges are three violations of the Telephone Consumer Protection Act ("TCPA"), codified at 47 U.S.C. § 227, and the corresponding regulations implementing the TCPA found in 47 C.F.R. Part 64.
2. Plaintiff alleges her claims are based on receipt of an unsubstantiated number of telephone calls, and two specific, unanswered, telephone calls resulting in a voicemail message. The three count complaint seeks to establish a class for violation of (1) 47 USC 227(c), and 47 CFR section 64, 1200(d), (2) 47 USC section 227(b), and (3) 47 USC 227(c) and 64.1200(c).
3. As described in detail in the attached Memorandum of Law, Plaintiff alleges a only handful of objective facts describing a distinctive situation, unique to her, and not representative of a

discernable class, while populating the substance of each of the alleged counts with "labels and conclusions" or a "formulaic recitation of the elements of a cause of action."

4. Plaintiff 's generic and formulaic recitation of the elements of each cause of action fail to identify any alleged facts that would support the claims asserted.

WHEREFORE, Defendant respectfully moves this Court to Dismiss Plaintiff's Complaint, and each individual court, with prejudice.

Dated: April 21, 2025

Respectfully submitted,

/s/ David M. Adler

David M. Adler, Esq.
ILL Bar No. 6242403
Adler Law Group
320 W. Ohio St., Suite 3w
Chicago, IL 60654
Phone: (866) 734-2568
Email: David@adler-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2025, I electronically filed the DEFENDANT'S FRCP 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT and MEMORANDUM OF LAW with the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system: Plaintiff, Barbara Bulgart.

/s/ David M. Adler

David M. Adler, Esq.
ILL Bar No. 6242403
Adler Law Group
320 W. Ohio St., Suite 3w
Chicago, IL 60654
Phone: (866) 734-2568
Email: David@adler-law.com