# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Barbara Bulgart

                                 Plaintiff,

v.                                          Case No.: 1:24−cv−13306

                                              Honorable Jeremy C. Daniel

Prime Time Window Cleaning, Inc.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 19, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: Defendant's motion to dismiss [12] is briefed as follows: reply is due on or before 6/3/2025. Status hearing set for 7/15/2025 at 9:30 a.m. The motion hearing set for 5/20/2025 is stricken. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.