## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Barbara Bulgart

                              Plaintiff,

v.                                                       Case No.: 1:24−cv−13306
                                                             Honorable Jeremy C. Daniel

Prime Time Window Cleaning, Inc.

                              Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Heather K. McShain for the purpose of holding proceedings related to: discovery supervision (including setting all deadlines, resolution of any discovery motion, and resolution of any motion to stay discovery) and settlement matters. (vcf, ) Mailed notice.

Dated: July 31, 2025

                                                                             /s/ Jeremy C. Daniel

                                                              United States District Judge