## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Barbara Bulgart
                              Plaintiff,

v.                                                         Case No.: 1:24−cv−13306
                                                              Honorable Jeremy C. Daniel

Prime Time Window Cleaning, Inc.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, July 31, 2025:

      MINUTE entry before the Executive Committee: Case referred to the Honorable Judge Maria Valdez for all further proceedings pursuant to IOP 19 on the following pretrial motion/matter: − Discovery Motion(s) specified as All Discovery Motions, Discovery Supervision, Discovery Conference under Rule 26(f), Settlement Conference. Mailed notice(jh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.