UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Barbara Bulgart
                                  Plaintiff,

v.                                                       Case No.: 1:24−cv−13306
                                                                                   Honorable Jeremy C. Daniel

Prime Time Window Cleaning, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 5, 2025:

      MINUTE entry before the Honorable Maria Valdez: This case has been referred to Judge Valdez for discovery supervision and to conduct a settlement conference. The parties' agreed schedule is entered as follows: Plaintiff's motion for class certification and expert disclosures are due 3/19/26; Defendant's opposition brief and expert disclosures are due 5/18/26; Plaintiff's reply brief is due 7/17/26; Daubert motions regarding class certification experts are due 8/31/26. The fact discovery deadline will be set after ruling on class certification. The parties are expected to proceed expeditiously to meet their chosen deadlines. There will be no extensions absent good cause under Fed. R. Civ. P. 16(b)(4), which requires diligence on the movant's part. See Alioto v. Town of Lisbon, 651 F.3d 715, 720 (7th Cir. 2011). The Court generally does not consider obligations in other cases, vacations, holidays, illnesses, or difficulty scheduling depositions to demonstrate good cause, as there is more than enough time to complete discovery even if those expected complications arise. No later than 12/5/25, the parties must file a joint status report describing discovery progress and the prospects of settlement. If they wish to begin the process of scheduling a settlement conference at any time prior to that date, they should notify the Court. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.