UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Barbara Bulgart
                                                      Plaintiff,

v.                                                                                  Case No.: 1:24−cv−13306
                                                                                       Honorable Jeremy C. Daniel

Prime Time Window Cleaning, Inc.
                                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 14, 2025:

      MINUTE entry before the Honorable Maria Valdez: Hearing on Plaintiff's Motion to Compel the Production of Documents from Defendant [23] is reset from 10/15/25 to 11/12/25 at 10:00 a.m. in Courtroom 1041. The parties advise they will continue to meet and confer, and they shall file a further status report on the dispute no later than 11/10/25. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.