IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BARBARA BULGART** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**PRIME TIME WINDOW CLEANING, INC.,** )<br>)<br>Defendant. )<br>) | Case No. 1:24-cv-13306<br><br>Hon. Jeremy C. Daniel<br><br>Magistrate Judge Maria Valdez |

### JOINT STATUS REPORT

In response to Dkt. No. 26, Plaintiff Barbara Bulgart ("Plaintiff") and Defendant Prime Time Window Cleaning, Inc. ("Defendant") (together, "the Parties") submit the following Joint Status Report:

1. On November 7, 2025, Defendant provided, by email, Second Supplemental Responses to Plaintiff's First Request to Produce, and documents PT-000271-PT-000361.

2. While the Plaintiff will continue to evaluate the sufficiency of the responses, she believes that there are no ripe disputes to bring to the Court's attention at this time and has also issued a Second Set of Discovery to the Defendant.

3. The parties would ask that the Court cancel the hearing for Wednesday and the Plaintiff's motion to compel can be denied without prejudice or the Plaintiff can file a Notice of Withdrawal of the motion.

1

Date: November 10, 2025

          Respectfully submitted,

          By: /s/ *Cassandra P. Miller*

          Cassandra P. Miller
          Samuel J. Strauss
          Andrew G. Gunem*
          **Strauss Borrelli PLLC**
          980 N Michigan Ave.
          Suite 1610
          Chicago, IL 60611
          T: 872-263-1100
          F: 872-263-1109
          cmiller@straussborrelli.com
          sam@straussborrelli.com
          agunem@straussborrelli.com

          Anthony Paronich
          **Paronich Law, P.C.**
          350 Lincoln Street, Suite 2400
          Hingham, MA 02043
          T: 508-221-1510
          anthony@paronichlaw.com

          *Attorneys for Plaintiff and the Proposed Class*

Date: November 10, 2025

          Respectfully submitted,

          By: /s/ *David M. Adler*
          David M. Adler
          ILL Bar No. 6242403
          **Adler Law Group**
          320 W. Ohio St., Suite 3W
          Chicago, IL 60654
          T: (866) 734-2568
          david@adler-law.com

          *Attorney for Defendant*