**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Barbara Bulgart
                        Plaintiff,

v.                                      Case No.: 1:24−cv−13306
                                                    Honorable Jeremy C. Daniel

Prime Time Window Cleaning, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 10, 2025:

      MINUTE entry before the Honorable Maria Valdez: The parties having reported that they are resolving their discovery disputes, Plaintiff's Motion to Compel the Production of Documents from Defendant [23] is denied as moot without prejudice, and the motion hearing set for 11/12/25 is stricken. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.