**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **BARBARA BULGART** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**PRIME TIME WINDOW CLEANING, INC.,** )<br>)<br>Defendant. )<br>) | Case No. 1:24-cv-13306<br><br>Hon. Jeremy C. Daniel<br><br>Magistrate Judge Maria Valdez |

**JOINT STATUS REPORT**

Plaintiff and Defendant, by and through their undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's Order entered August 5, 2025, which directed the parties to file a joint status report no later than December 5, 2025 describing discovery progress and the prospects of settlement.

In discovery, Defendant served initial responses to Plaintiff's First Set of Requests for Production on August 7, 2025. Defendant also served Supplemental Responses on November 7, 2025 and produced additional materials. Plaintiff has produced responses and documents as well. Plaintiff also served a Second Set of Requests for Production which we due in November. Defendant advises it is following up with its client regarding the Second Set and requests additional time, through December 12, 2025, to serve responses.

The parties have had initial settlement negotiations, although they have not been able to reach agreement on the principal disputed issues. Discussions are ongoing. Defendant has not made a written settlement offer. Plaintiff has not made a written settlement demand.

1

Date: December 5, 2025

        Respectfully submitted,

        By: /s/ *Anthony Paronich*

        Anthony Paronich
        **Paronich Law, P.C.**
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        T: 508-221-1510
        anthony@paronichlaw.com

        Cassandra P. Miller
        Samuel J. Strauss
        Andrew G. Gunem*
        **Strauss Borrelli PLLC**
        980 N Michigan Ave.
        Suite 1610
        Chicago, IL 60611
        T: 872-263-1100
        F: 872-263-1109
        cmiller@straussborrelli.com
        sam@straussborrelli.com
        agunem@straussborrelli.com

        *Attorneys for Plaintiff and the Proposed Class*

Date: December 5, 2025

        Respectfully submitted,

        By: /s/ *David M. Adler*
        David M. Adler
        ILL Bar No. 6242403
        **Adler Law Group**
        320 W. Ohio St., Suite 3W
        Chicago, IL 60654
        T: (866) 734-2568
        david@adler-law.com

        *Attorney for Defendant*