# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Barbara Bulgart

                        Plaintiff,

v.                                                     Case No.: 1:24−cv−13306
                                                       Honorable Jeremy C. Daniel

Prime Time Window Cleaning, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 6, 2026:

      MINUTE entry before the Honorable Maria Valdez: Hearing on Plaintiff's Motion to Compel [32] is set for 1/21/26 at 10:00 a.m. in Courtroom 1041. Remote and/or telephonic appearances are not allowed. Any written responses to the motion must be filed by 12:00 p.m. on 1/15/26. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.