# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **BARBARA BULGART** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:24-cv-13306 |
| v. ) | |
| ) | Hon. Jeremy C. Daniel |
| **PRIME TIME WINDOW CLEANING, INC.,** ) | |
| ) | Magistrate Judge Maria Valdez |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

In response to Dkt. No. 30, Plaintiff Barbara Bulgart ("Plaintiff") and Defendant Prime Time Window Cleaning, Inc. ("Defendant") (together, "the Parties") submit the following Joint Status Report:

1. On Monday, January 5, 2026, the Parties met and conferred by phone and discussed Dkt. No. 30 and the possibility of settlement.

2. At this time, the Parties do not wish to begin the process of scheduling a settlement conference with the Court. However, the Parties will promptly notify the Court if the Parties agree that a settlement conference would be productive.

*[Counsel signature block to follow on next page.]*

1

Date: January 6, 2026

    Respectfully submitted,

    By: /s/ *Cassandra P. Miller*
    Cassandra P. Miller
    Samuel J. Strauss
    Andrew G. Gunem*
    **STRAUSS BORRELLI PLLC**
    980 N Michigan Ave.
    Suite 1610
    Chicago, IL 60611
    T: 872-263-1100
    F: 872-263-1109
    cmiller@straussborrelli.com
    sam@straussborrelli.com
    agunem@straussborrelli.com

    Anthony Paronich
    **PARONICH LAW, P.C.**
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    T: 508-221-1510
    anthony@paronichlaw.com

    *Attorneys for Plaintiff and the Proposed Class*

Date: January 6, 2026

    Respectfully submitted,

    By: /s/ *David M. Adler*
    David M. Adler
    **ADLER LAW GROUP**
    320 W. Ohio St., Suite 3W
    Chicago, IL 60654
    T: (866) 734-2568
    david@adler-law.com

    *Attorney for Defendant*