IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BARBARA BULGART,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:24-cv-13306 |
| v. | ) |
| | ) Hon. Jeremy C. Daniel |
| **PRIME TIME WINDOW CLEANING, INC.,** | ) |
| | ) Hon. Magistrate Judge Maria Valdez |
| Defendant. | ) |
| | ) |

**UNOPPOSED MOTION TO RESET HEARING
ON PLAINTIFF'S MOTION TO COMPEL**

Plaintiff Barbara Bulgart ("Plaintiff"), with the consent of Defendant Prime Time Window Cleaning, Inc. ("Defendant") (collectively, the "Parties"), by and through undersigned counsel, respectfully requests that the Court reset the hearing on Plaintiff's pending Plaintiff's Motion to Compel (Dkt. 32). In support, Plaintiff states as follows:

1. On January 5, 2026, Plaintiff filed a Motion to Compel certain discovery from Defendant (Dkt. 32).

2. On January 6, 2026, the Court entered a Minute Order setting Plaintiff's Motion to Compel (Dkt. 32) for an in-person hearing on January 21, 2026, at 10:00 a.m. (Dkt. 33).

3. Due to previously scheduled out-of-state court appearances, Plaintiff's counsel is unable to appear in person on January 21, 2026.

4. Plaintiff's counsel has conferred with defense counsel regarding the scheduling conflict, and Defendant does not oppose resetting the hearing.

5. Accordingly, Plaintiff respectfully requests the Court reset the hearing on Plaintiff's Motion to Compel to a later date at the Court's convenience.

WHEREFORE, Plaintiff, with the consent of Defendant, respectfully requests that the

1

Court enter an Order resetting the hearing on Plaintiff's Motion to Compel (Dkt. 32), currently scheduled for January 21, 2026 (Dkt. 33).

Dated: January 13, 2026

Respectfully submitted,

*/s/ Cassandra P. Miller*
Cassandra P. Miller
Samuel J. Strauss
**STRAUSS BORRELLI PLLC** 980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel: (872) 263-1100
cmiller@straussborrelli.com
sam@straussborrelli.com


Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

*Attorneys for Plaintiff
and the Proposed Class*

## CERTIFICATE OF SERVICE

      I, Cassandra P. Miller, hereby certify that on January 13, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

      DATED this 13th day of January, 2026.

      Respectfully submitted,

      */s/ Cassandra P. Miller*
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel: (872) 263-1100
cmiller@straussborrelli.com