## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Barbara Bulgart
                                      Plaintiff,

v.                                                                            Case No.: 1:24−cv−13306
                                                                                     Honorable Jeremy C. Daniel

Prime Time Window Cleaning, Inc.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 13, 2026:

      MINUTE entry before the Honorable Maria Valdez: Plaintiff's Unopposed Motion to Reset Hearing on Plaintiff's Motion to Compel [35] is granted. The motion hearing set for 1/21/26 is stricken and reset to 2/11/26 at 10:00 a.m. in Courtroom 1041. Any written responses are now due by 12:00 p.m. on 2/5/26. The parties are ordered to continue meeting and conferring on the dispute in the interim. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.