**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Bulgart V. Prime Time Window Cleaning, Inc.

Case Number: 1:24cv13306

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Barbara Bulgart

Attorney name (type or print): Francisco Del Castillo Law Group

Firm: Del Castillo Law Group, LLC.

Street address: 11 E Adams Street #1

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6337137
(See item 3 in instructions)

Telephone Number: (312)-216 0111

Email Address: francisco@delcastillolawgroup.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | | ✓ |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
 If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 02/02/2026

Attorney signature: S/ Francisco Fernandez Del Castillo
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023