## DECLARATION OF WILLIAM DRON

I, William Dron, declare as follows:

1. I am the owner of Prime Time Window Cleaning, Inc. ("Prime Time"). I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. I have personal knowledge of Prime Time's telephone systems and record-keeping practices.

3. Prime Time uses 3 third-party platforms: ServiceFusion to manage customer records, call logs, and DNC entries; Hatch to follow-up on leads; and Mailchimp used only for text message marketing.

[WD: Identify each system/vendor that stores outbound call data (e.g., internal phone system, VoIP provider, dialer vendor, CRM); provide a description of what each system records (date, time, called number, outcome, campaign code, audio files).]

4. Prime Time does not use prerecorded messages and does not use any system that creates or sends prerecorded voicemail messages.

5. During the four years preceding filing (December 30, 2024 to December 30, 2020), I estimate the total number of outbound calls in that period is approximately 150,000.

6. These calls include both marketing and non-marketing calls, and cannot be separated by "putative class member" without additional filtering.

7. To comply with Plaintiff's request, for each system or vendor, Prime Time would need to separately engage with each vendor and an external IT consultant to run custom queries and export data in a usable format, normalize fields across systems, and de-duplicate numbers.

8. Prime Time would need to separately engage with Counsel for legal review to verify responsiveness, redact or anonymize consumer identifiers, and determine whether a protective order is necessary.

9. I estimate approximately 20 hours of time per vendor/system and hourly/vendor rates, leading to an estimated total vendor cost.

10. In addition to the extra costs, responding to the request will result in significant operational disruption. Prime Time is a small business with 4 employees and pulling any personnel away from day-to-day responsibilities into data work will adversely impact operations.

11. In my opinion, producing four-years of call detail records as requested would be highly burdensome and costly, especially relative to the size and resources of Prime Time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 3, 2026, at Chicago, Illinois.

[S]/William Dron/
William Dron

*signature*  2-6-2026