— **EXHIBIT 1** —

# Caralina Casperson

| | |
|---|---|
| **From:** | Caralina Casperson |
| **Sent:** | Friday, February 6, 2026 2:07 PM |
| **To:** | David Adler |
| **Cc:** | Anthony Paronich; TCPA Team |
| **Subject:** | Bulgart v. Prime Time Window Cleaning, Inc. - audio recordings from Plaintiff Bulgart |
| **Attachments:** | PrimeTime Window Cleaning VM 1.m4a; PrimeTime Window Cleaning VM 2.m4a; PrimeTime Window Cleaning VM 3.m4a; PrimeTime Window Cleaning VM 4.m4a |

Counsel:

Attached please find voicemail recordings provided by Ms. Bulgart in the above-captioned case for service today, February 6, 2026.

Please contact this office with any questions or concerns related to this transmittal.

Respectfully,



**Caralina Casperson** She/Her
Paralegal

980 N Michigan Ave., Suite 1610, Chicago, IL 60611
P: 872.263.1100    F: 872.263.1109
E: ccasperson@straussborrelli.com

straussborrelli.com

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.

# Caralina Casperson

| | |
|---|---|
| **From:** | Caralina Casperson |
| **Sent:** | Monday, February 9, 2026 8:56 AM |
| **To:** | 'David Adler' |
| **Cc:** | 'Anthony Paronich'; TCPA Team |
| **Subject:** | RE: Bulgart v. Prime Time Window Cleaning, Inc. - audio recordings from Plaintiff Bulgart |
| **Attachments:** | 2024-10-11 - PrimeTime Window Cleaning VM.m4a; 2024-09-06 - PrimeTime Window Cleaning VM.m4a; 2023-08-18 - PrimeTime Window Cleaning VM.m4a; 2023-03-29 - PrimeTime Window Cleaning VM.m4a; 2022-09-19 - PrimeTime Window Cleaning VM.m4a |

Counsel:

After further review of our files and further to my correspondence of Friday, attached please find Ms. Bulgart's voicemails, file named by date received, as well as an additional voicemail for your records.

Please contact this office with any questions or concerns related to this transmittal.

Respectfully,



**Caralina Casperson** She/Her
Paralegal

Strauss Borrelli PLLC
980 N Michigan Ave., Suite 1610, Chicago, IL 60611
P: 872.263.1100    F: 872.263.1109
E: ccasperson@straussborrelli.com
straussborrelli.com

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.

**From:** Caralina Casperson
**Sent:** Friday, February 6, 2026 2:07 PM
**To:** David Adler <david@adler-law.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>; TCPA Team <TCPA@straussborrelli.com>
**Subject:** Bulgart v. Prime Time Window Cleaning, Inc. - audio recordings from Plaintiff Bulgart

Counsel:

Attached please find voicemail recordings provided by Ms. Bulgart in the above-captioned case for service today, February 6, 2026.

Please contact this office with any questions or concerns related to this transmittal.

Respectfully,



**Caralina Casperson** *She/Her*
Paralegal

980 N Michigan Ave., Suite 1610, Chicago, IL 60611
P: 872.263.1100     F: 872.263.1109
E: ccasperson@straussborrelli.com
straussborrelli.com

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.