— **EXHIBIT 2** —

# Statement

Prime Time Window Cleaning, Inc.
515 E. Golf Rd
Suite 209

| Date |
|---|
| 10/2/2025 |

**To:**
BARB BULGART

| | Amount Due | Amount Enc. |
|---|---|---|
| | $0.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2009 | Balance forward | | |
| 04/09/2013 | INV #13304. Due 04/09/2013. Estimate 2347: VTEK - BILL | | |
| 04/12/2013 | PMT #2199. | | |
| 04/14/2014 | INV #20624. Due 04/14/2014. EDWARD - BILL | | |
| 05/31/2014 | CREDMEM #20677. | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

PT000362

# Statement

Prime Time Window Cleaning, Inc.
515 E. Golf Rd
Suite 209

| Date |
|---|
| 10/2/2025 |

**To:**
BULGART, BARBARA

| Amount Due | Amount Enc. |
|---|---|
| $0.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2009 | Balance forward | | |
| 11/18/2010 | INV #17641. Due 11/18/2010. VLAD - CHECK | | |
| 11/18/2010 | PMT #17262. | | |
| 04/15/2014 | INV #20110. Due 04/15/2014. | | |
| 04/17/2014 | PMT #2352. | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

PT000363