## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Barbara Bulgart

                              Plaintiff,

v.                                                        Case No.: 1:24−cv−13306
                                                                      Honorable Jeremy C. Daniel

Prime Time Window Cleaning, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 11, 2026:

      MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 2/11/26. Plaintiff's Motion to Compel [32] is granted in part for the reasons stated in open court. A status hearing on any remaining class discovery is set for 3/4/26 at 10:00 a.m. in Courtroom 1041. No remote or telephonic appearances are allowed. Counsel shall continue to meet and confer on their disputes in the interim. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.