**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BARBARA BULGART,<br><br>          Plaintiff,<br><br>   v.<br><br>PRIME TIME WINDOW<br>CLEANING, INC.,<br><br>          Defendant. | No.  1:24-cv-13306<br><br>Honorable Judge Jeremy C. Daniel<br><br>Honorable Magistrate Judge Maria Valdez |

**JOINT STATUS REPORT REGARDING CLASS DISCOVERY**

Plaintiff Barbara Bulgart ("Plaintiff") and Defendant Prime Time Window Cleaning, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit this Status Report pursuant to the Court's February 27, 2026 Minute Order.

As the Court is aware, on February 11, 2026, the Court granted Plaintiff's Motion to Compel in part and directed the Parties to continue meeting and conferring regarding class discovery. Thereafter, the Parties jointly moved to continue the March 4, 2026 status hearing and to extend the class certification schedule in light of the need to obtain additional class-wide dialing and campaign data from third-party sources. The Court granted that motion, reset the status hearing to April 1, 2026, and directed the Parties to provide a detailed update regarding the status of remaining class discovery.

Since the Court's prior Order, the Parties have continued to act diligently to implement the Court's directives. In particular, Defendant has issued subpoenas to relevant third-party platforms identified as likely sources of responsive dialing and prerecorded message data. Those subpoenas seek information central to Plaintiff's class certification motion, including call detail records and related campaign data.

1

As of the date of this report, the Parties are still awaiting responses to one or more of those third-party subpoenas. While certain efforts toward compliance have been undertaken, complete production of the compelled class-wide data has not yet occurred. The timing of third-party responses remains outside the Parties' direct control despite their continued diligence in pursuing that discovery.

The Parties have continued to meet and confer regarding the status of production and will promptly review and analyze any materials produced upon receipt. The outstanding discovery bears directly on issues relevant to class certification, including numerosity, commonality, and the scope of the proposed class.

Accordingly, the Parties respectfully submit that class discovery is not yet complete. In light of the pending third-party subpoena responses, the Parties are prepared to appear on April 1, 2026 or, alternatively, submit a joint status report within twenty-one (21) days and request that the Court continue the status hearing to a date after the outstanding discovery is received and reviewed. The Parties will propose a revised class certification schedule at that time.

*[Counsel signatures to follow on next page.]*

Date: March 27, 2026

Respectfully submitted,

By: */s/ Cassandra P. Miller*
Cassandra P. Miller
Samuel J. Strauss
Andrew G. Gunem*
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave.
Suite 1610
Chicago, IL 60611
T: 872-263-1100
F: 872-263-1109
cmiller@straussborrelli.com
sam@straussborrelli.com
agunem@straussborrelli.com


By: /s/ *Anthony Paronich*
Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: 508-221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff and the Proposed Class*


Date: March 27, 2026

Respectfully submitted,

By: /s/ *David M. Adler*
David M. Adler
ILL Bar No. 6242403
**Adler Law Group**
320 W. Ohio St., Suite 3W
Chicago, IL 60654
T: (866) 734-2568
david@adler-law.com

*Counsel for Defendant*

3

## CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on March 27, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 27th day of March, 2026.

Respectfully submitted,

By: */s/ Cassandra P. Miller*
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave.
Suite 1610
Chicago, IL 60611
T: 872-263-1100
F: 872-263-1109
cmiller@straussborrelli.com