## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Barbara Bulgart

         Plaintiff,

v.                Case No.: 1:24–cv–13306

                Honorable Jeremy C. Daniel

Prime Time Window Cleaning, Inc.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 27, 2026:

  MINUTE entry before the Honorable Maria Valdez: The parties report that they continue to work together to complete class discovery, but certain third–party responses remain outstanding. Status hearing set for 4/1/26 is stricken. A further report on the status of class discovery, along with an agreed class certification schedule if possible, is due no later than 4/17/26. A status hearing will be set only if necessary. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.