### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **BARBARA BULGART** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:24-cv-13306 |
| v. | ) |
| | ) Hon. Jeremy C. Daniel |
| **PRIME TIME WINDOW CLEANING, INC.,** | ) |
| | ) Magistrate Judge Maria Valdez |
| Defendant. | ) |
| | ) |

### JOINT STATUS REPORT

Pursuant to the Court's March 27, 2026 Minute Order, the parties respectfully submit the following status report regarding class discovery.

The Plaintiff continues to wait on the Defendant's subpoena responses to complete class discovery. Certain third-party discovery remains outstanding, specifically subpoenas issued to Angi (Angie's List, Inc.), BirdEye, Inc., Hatchify, Inc., and Open One Solutions, Inc.

Defendant's counsel previously issued subpoenas to telephone providers that would have the class calling data; however, initial attempts at service were unsuccessful. Defendant's counsel has since retained a new process server and has reissued the subpoenas in an effort to effectuate service on an expedited basis. To date, no responses have been received from the subpoena recipients.

The parties anticipate that completion of this third-party discovery is necessary to finalize class discovery and to determine an appropriate schedule for class certification briefing.

Date: April 10, 2026

Respectfully submitted,

By: /s/ *Anthony Paronich*

Anthony Paronich
**Paronich Law, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: 508-221-1510
anthony@paronichlaw.com


Cassandra P. Miller
Samuel J. Strauss
Andrew G. Gunem*
**Strauss Borrelli PLLC**
980 N Michigan Ave.
Suite 1610
Chicago, IL 60611
T: 872-263-1100
F: 872-263-1109
cmiller@straussborrelli.com
sam@straussborrelli.com
agunem@straussborrelli.com

*Attorneys for Plaintiff and the Proposed Class*


Date: April 10, 2026

Respectfully submitted,

By: /s/ *David M. Adler*
David M. Adler
ILL Bar No. 6242403
**Adler Law Group**
320 W. Ohio St., Suite 3W
Chicago, IL 60654
T: (866) 734-2568
david@adler-law.com

*Attorney for Defendant*

2