## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Barbara Bulgart

                         Plaintiff,

v.                                                Case No.: 1:24–cv–13306
                                                Honorable Jeremy C. Daniel

Prime Time Window Cleaning, Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 13, 2026:

     MINUTE entry before the Honorable Maria Valdez: The parties report they are continuing their efforts to obtain discovery from third parties, which is necessary to finalize class discovery. A further report on the status of this discovery is due by 5/15/26. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.