**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **BARBARA BULGART** )<br><br>)<br>Plaintiff, )<br>) Case No. 1:24-cv-13306<br>v. )<br>) Hon. Jeremy C. Daniel<br>**PRIME TIME WINDOW CLEANING, INC.,** )<br>) Magistrate Judge Maria Valdez<br>Defendant. )<br>) | |

**JOINT STATUS REPORT**

Pursuant to the Court's April 13, 2026 Minute Order, the parties respectfully submit the following status report regarding class discovery.

The Plaintiff continues to wait on the Defendant's subpoena responses to complete class discovery. Certain third-party discovery remains outstanding, specifically subpoenas issued to Angi (Angie's List, Inc.). Defendant has issued 3 separate subpoenas to Angi, each to a separate address. Each listed business address that was attempted, including the registered corporate address, appears to be closed or abandoned. Defendant's effort to serve the subpoena on Angi are ongoing.

Defendant has served the subpoenas on BirdEye, Inc., and Hatchify, Inc., and Defendant has received objections to the subpoena from counsel for Hatchify, Inc., but has not received a response from BirdEye, Inc.

Defendant has received documents from Open One Solutions, Inc. and Defendant has served Plaintiff's Counsel with copies of all documents received from Open One Solutions, Inc.

The parties anticipate that completion of this third-party discovery is necessary to finalize class discovery and to determine an appropriate schedule for class certification briefing.

1

Date: May 15, 2026

Respectfully submitted,

By: /s/ *Anthony Paronich*

Anthony Paronich
**Paronich Law, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: 508-221-1510
anthony@paronichlaw.com

Cassandra P. Miller
Samuel J. Strauss
Andrew G. Gunem*
**Strauss Borrelli PLLC**
980 N Michigan Ave.
Suite 1610
Chicago, IL 60611
T: 872-263-1100
F: 872-263-1109
cmiller@straussborrelli.com
sam@straussborrelli.com
agunem@straussborrelli.com
*Attorneys for Plaintiff and the Proposed Class*

Date: May 15, 2026

Respectfully submitted,

By: /s/ *David M. Adler*
David M. Adler
ILL Bar No. 6242403
**Adler Law Group**
320 W. Ohio St., Suite 3W
Chicago, IL 60654
T: (866) 734-2568
david@adler-law.com
*Attorney for Defendant*

2