AFFIDAVIT OF SERVICE

P26970344

DAVID ADLER
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| BARBARA BULGART | | index No. 1:24-CV-13306 |
| --- | --- | --- |
| | PLAINTIFF | Date Filed |
| - vs - | | File No. |
| PRIME TIME WINDOW CLEANING, INC. | | Court Date: 06/12/2026 |
| | DEFENDANT | **AFFIDAVIT OF SERVICE** |

STATE OF **Colorado** , COUNTY OF **Adams** :SS:

**Tabitha Bellington** , being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of **Colorado** .

On **May 27th, 2026** at **12:46 P.M.** ,

at **C/O C T CORPORATION SYSTEM 7700 E ARAPAHOE RD STE 220  CENTENNIAL, CO 80112** 
_____ ,

deponent served the within **No. Defendant SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, DEFEDANTS NOTICE OF SUBPOENAS TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS** on: **ANGI, INC.**, the **WITNESS** therein named.

_____ #1 INDIVIDUAL   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**X** #2 CORPORATION   By delivering a true copy of each personally to
**Emilie Laplante** ,

Deponent knew the person to be serve to be the (title)
**Intake Specialist**
who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **WITNESS**.

_____ #3 SUITABLE   By delivering a true copy of each to _____ a
AGE PERSON   person
of suitable age and discretion.
Said premises is **WITNESS's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

_____ #4 AFFIXING   By affixing a true copy of each to the door of said premises, which is
TO DOOR   **WITNESS's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **WITNESS** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____

on the _____ day of _____ at _____

on the _____ day of _____ at _____

on the _____ day of _____ at _____

Address confirmed by

_____ #5 MAIL COPY   On ~~_____ I deposited in the United States mail a true~~ copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**X** #6 DESCRIPTION   Deponent describes the person served as aforesaid to the best of
(USE WITH #1, 2 OR 3)   deponent's ability at the time and circumstances of the service as follows.

Sex: Female   Color: White   Hair: Auburn
Age: 40   Height: 5'6"   Weight: 170
OTHER IDENTIFYING FEATURES: _____

_____ #7 WITNESS FEES   The authorized witness fee and / or traveling expenses were paid (tendered) to the **WITNESS** in the amount of $_____

_____ #8 MILITARY SRVC   Deponent asked person spoken to whether the **WITNESS** was presently in military service of the United States Government or of the State of _____ and was informed that **WITNESS** was not.

_____ #9 OTHER

Sworn to before me this
**30th** day of **May**

**Leila Carmichael**
NOTARY NAME & DATE

LEILA JO CARMICHAEL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20254035666
MY COMMISSION EXPIRES SEPTEMBER 18, 2029

We Serve Law
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 8-WSL2178-26970344