**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **BARBARA BULGART** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 1:24-cv-13306 |
| **v.** | ) |
| | ) Hon. Jeremy C. Daniel |
| **Prime Time Window Cleaning, Inc.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Northern District of Illinois Local Rule 83.17 and Illinois Rule of Professional Conduct 1.16, Attorney David M. Adler of the law firm Adler Law Group (collectively, "Moving Counsel"), respectfully moves this Court for leave to withdraw as counsel of record for Prime Time Window Cleaning, Inc. ("Client") in the above-captioned matter. In support of this Motion, Moving Counsel states as follows:

1. Moving Counsel filed an Appearance on behalf of Client on April 29, 2025.

2. Moving Counsel seeks to withdraw from this representation because Client has failed to fulfill an obligation to counsel regarding services and has been given reasonable warning.

3. This Motion is made in good faith and not for the purpose of delay. Withdrawal will not prejudice the Client or unduly delay the administration of justice, as discovery is currently ongoing and no trial date has been set.

4. Pursuant to N.D. Ill. requirements, if this Motion is granted, the Client's last known contact information for the service of all future pleadings, notices, and court orders is as follows:

Client Name: Prime Time Window Cleaning, Inc.

Last Known Address: 1806 W. Cuyler Ave #3A, Chicago IL 60613

Last Known Telephone: (800) 480-1360

Last Known Email: will@primetimewindowcleaning.com

5.	Moving Counsel is contemporaneously electronically filing the mandatory Notification of Party Contact Information form as an attachment to this motion, as required by the Court.

6.	Moving Counsel has provided reasonable notice of this intent to withdraw to the Client and to all opposing counsel of record via the Court's CM/ECF system and via Email to Prime Time Window Cleaning, Inc..

WHEREFORE, Attorney David M. Adler of the law firm Adler Law Group respectfully request that this Court enter an Order:

Granting this Motion for Leave to Withdraw as Counsel;

Terminating Moving Counsel's electronic filing and service obligations in this matter; and

Granting such other and further relief as this Court deems just and proper.

DATED this  June 22, 2026.	Respectfully submitted:

By:	[S]/David M. Adler/
David M. Adler, Esq.
Illinois Bar No. (6242403)
Adler Law Group
320 West Ohio Street, Ste. 3W
Chicago, IL 60654
Phone: (866) 734-2568
Email: David@adler-law.com
*Attorney for Defendant Resurgence Supply Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing MOTION FOR LEAVE TO WITHDRAW AS COUNSEL, was served via electronic mail to all counsel of record, and via certified mail return receipt requested, postage prepaid, to Defendant at Defendant's last known address.

[S]/David M. Adler/
David M. Adler, Esq.
Illinois Bar No. (6242403)
Adler Law Group
320 West Ohio Street, Ste. 3W

Chicago, IL 60654
Phone: (866) 734-2568
Email: David@adler-law.com
*Attorney for Defendant Resurgence Supply Corp.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **BARBARA BULGART** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 1:24-cv-13306 |
| **v.** | ) |
| | ) Hon. Jeremy C. Daniel |
| **Prime Time Window Cleaning, Inc.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**NOTIFICATION OF PARTY CONTACT INFORMATION FORM**

Case No. 1:24-cv-13306

Case Tile: **BARBARA BULGART v. Prime Time Window Cleaning, Inc.**

Judge: Hon. Jeremy C. Daniel

Name of Client: Client Name: Prime Time Window Cleaning, Inc.

Address: 1806 W. Cuyler Ave #3A, Chicago IL 60613

Telephone: (800) 480-1360

Email: will@primetimewindowcleaning.com

I attest that the above information is true and correct to the best of my knowledge.

Signed: [S]/David M. Adler/

Date: June 22, 2026