# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Barbara Bulgart

                     Plaintiff,

v.                                Case No.: 1:24–cv–13306

                                     Honorable Jeremy C. Daniel

Prime Time Window Cleaning, Inc.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 22, 2026:

       MINUTE entry before the Honorable Maria Valdez: Upon review of Defendant's Motion for Leave to Withdraw as Counsel [50], it is outside the scope of the referral and thus was incorrectly marked for presentment to the Magistrate Judge. The motion is deferred for the District Judge's consideration. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.