**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Barbara Bulgart

                                        Plaintiff,

v.                                                                    Case No.: 1:24–cv–13306
                                                                      Honorable Jeremy C. Daniel

Prime Time Window Cleaning, Inc.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 23, 2026:

        MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing set for July 8, 2026, at 9:30 a.m. New counsel or a representative of defendant Prime Time Window Cleaning, Inc. must appear. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.