**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **BARBARA BULGART** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:24-cv-13306 |
| v. | ) |
| | ) Hon. Jeremy C. Daniel |
| **PRIME TIME WINDOW CLEANING, INC.,** | ) |
| | ) Magistrate Judge Maria Valdez |
| Defendant. | ) |
| | ) |

## JOINT STATUS REPORT

Pursuant to the Court's May 15, 2026 Minute Order, the parties respectfully submit the following status report regarding class discovery.

Defendant has served subpoenas on four vendors: BirdEye, Inc., Hatchify, Inc., Open One Solutions, Inc., and Angie's List, Inc. Defendant has received objections to the subpoena from counsel for Angie's List, Inc., and Defendant has served Plaintiff's Counsel with copies of objections received from counsel for Angie's List, Inc.

The parties anticipate that completion of this third-party discovery is necessary to finalize class discovery and to determine an appropriate schedule for class certification briefing.

On June 22, 2026, Attorney David M. Adler, counsel for Defendant Prime Time Window Cleaning, Inc., filed a Motion to Withdraw. The Motion is set for hearing on July 8, 2026, at 9:30 a.m. before Judge Daniels. On June 24, 2026, Plaintiff filed a Response in Opposition to motion by Defendant's counsel to withdraw as attorney.

1

Date: June 26, 2026

Respectfully submitted,

By: /s/ *Anthony Paronich*

Anthony Paronich
**Paronich Law, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: 508-221-1510
anthony@paronichlaw.com

Cassandra P. Miller
Samuel J. Strauss
Andrew G. Gunem*
**Strauss Borrelli PLLC**
980 N Michigan Ave.
Suite 1610
Chicago, IL 60611
T: 872-263-1100
F: 872-263-1109
cmiller@straussborrelli.com
sam@straussborrelli.com
agunem@straussborrelli.com
*Attorneys for Plaintiff and the Proposed Class*

Date: June 26, 2026

Respectfully submitted,

By: /s/ *David M. Adler*
David M. Adler
ILL Bar No. 6242403
**Adler Law Group**
320 W. Ohio St., Suite 3W
Chicago, IL 60654
T: (866) 734-2568
david@adler-law.com
*Attorney for Defendant*

2