**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **BARBARA BULGART** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 1:24-cv-13306 |
| **v.** | ) |
| | ) Hon. Jeremy C. Daniel |
| **Prime Time Window Cleaning, Inc.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**NOTICE OF WITHDRAWAL OF ATTORNEY'S MOTION
TO WITHDRAW AS COUNSEL**

To: All Parties of Record

**PLEASE TAKE NOTICE** that counsel for Defendant is withdrawing the previously filed motion to withdraw (Docket Num. 50), filed on June 22, 2026, and will continue representing the Defendant. Counsel for Defendant respectfully requests that the Court strike the hearing set for July 8, 2026, at 9:30 a.m. before the Honorable Judge Jeremy C. Daniel (Docket Num. 52).

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, I electronically filed this **NOTICE OF WITHDRAWAL OF ATTORNEY'S MOTION TO WITHDRAW AS COUNSEL** with the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that I served a copy of this notice on Defendant, Prime Time Window Cleaning, Inc. via email, and that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system: Plaintiff, Barbara Bulgart.

/s/ David M. Adler
David M. Adler, Esq.
ILL Bar No. 6242403
Adler Law Group
320 W. Ohio St., Suite 3w
Chicago, IL 60654
Phone: (866) 734-2568
Email: David@adler-law.com
*Attorney for Defendant*