**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Barbara Bulgart

                         Plaintiff,

v.                                           Case No.: 1:24−cv−13306
                                           Honorable Jeremy C. Daniel

Prime Time Window Cleaning, Inc.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 10, 2026:

      MINUTE entry before the Honorable Maria Valdez: No later than 7/17/26, the parties shall file a joint status report on third party discovery and the prospects of settlement. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.