**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **BARBARA BULGART** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:24-cv-13306 |
| v. ) | |
| ) | Hon. Jeremy C. Daniel |
| **PRIME TIME WINDOW CLEANING, INC.,** ) | |
| ) | Magistrate Judge Maria Valdez |
| Defendant. ) | |
| ) | |

**JOINT STATUS REPORT**

Pursuant to Judge Valdez's July 10, 2026 Minute Order, the parties respectfully submit the following joint status report on third party discovery and the prospects of settlement.

Defendant's third party discovery efforts are ongoing. Defendant has served a revised subpoena on Angie's List, Inc. in response to objections received from counsel for Angie's List, Inc. and Defendant has served Plaintiff's Counsel with copies of the revised subpoena.

The parties anticipate that completion of this third-party discovery is necessary to finalize class discovery and to determine an appropriate schedule for class certification briefing.

The parties have expressed a their respective interest in the prospects of settlement but have not yet engaged in settlement discussions.

Date: July 17, 2026

Respectfully submitted,

By: /s/ *David M. Adler*
David M. Adler
ILL Bar No. 6242403
**Adler Law Group**
320 W. Ohio St., Suite 3W
Chicago, IL 60654
T: (866) 734-2568
david@adler-law.com
*Attorney for Defendant*

1

Date: July 17, 2026

Respectfully submitted,

By: /s/ *Anthony Paronich*

Anthony Paronich
**Paronich Law, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: 508-221-1510
anthony@paronichlaw.com

Cassandra P. Miller
Samuel J. Strauss
Andrew G. Gunem*
**Strauss Borrelli PLLC**
980 N Michigan Ave.
Suite 1610
Chicago, IL 60611
T: 872-263-1100
F: 872-263-1109
cmiller@straussborrelli.com
sam@straussborrelli.com
agunem@straussborrelli.com
*Attorneys for Plaintiff and the Proposed Class*