**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **BARBARA BULGART** )<br><br>Plaintiff, )<br><br>v. )<br><br>**PRIME TIME WINDOW CLEANING, INC.,** )<br><br>Defendant. ) | Case No. 1:24-cv-13306<br><br>Hon. Jeremy C. Daniel<br><br>Magistrate Judge Maria Valdez |

**JOINT STATUS REPORT**

Pursuant to Judge Valdez's July 17, 2026 Minute Order, the parties respectfully submit the following joint status report on third party discovery and the prospects of settlement.

Defendant has completed third party discovery efforts. Defendant received objections from counsel for Angie's List, Inc. in response to Defendant's revised subpoena and Defendant has served Plaintiff's Counsel with copies of the objections from counsel for Angie's List. Defendant does not anticipate additional third-party class discovery.

The parties have scheduled a settlement conference before a third-party mediator on September 9, 2026. The parties request that all deadlines be extended and that the parties be allowed to submit a status report within seven (7) days after the mediation regarding what further deadlines are needed, if any.

Date: August 14, 2026                Respectfully submitted,

By: */s/ David M. Adler*
David M. Adler
ILL Bar No. 6242403
**Adler Law Group**
320 W. Ohio St., Suite 3W
Chicago, IL 60654
T: (866) 734-2568
david@adler-law.com

1

*Attorney for Defendant*

Date: August 14, 2026

Respectfully submitted,

By: */s/ Anthony Paronich*

Anthony Paronich
**Paronich Law, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: 508-221-1510
anthony@paronichlaw.com

Cassandra P. Miller
Samuel J. Strauss
Andrew G. Gunem*
**Strauss Borrelli PLLC**
980 N Michigan Ave.
Suite 1610
Chicago, IL 60611
T: 872-263-1100
F: 872-263-1109
cmiller@straussborrelli.com
sam@straussborrelli.com
agunem@straussborrelli.com
*Attorneys for Plaintiff and the Proposed Class*