## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Barbara Bulgart

Plaintiff,

v.

Case No.: 1:24−cv−13306<br>Honorable Jeremy C. Daniel

Prime Time Window Cleaning, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 14, 2026:

      MINUTE entry before the Honorable Maria Valdez: The parties report that third−party discovery is complete, and they have schedule private mediation for 9/9/26. A further status report is due by 9/17/26. The parties' joint request to stay all deadlines pending settlement discussions is granted. If the matter is settled by that time, the report shall provide an agreed amended schedule. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.