**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BARBARA BULGART,<br><br>Plaintiff,<br><br>v.<br><br>PRIME TIME WINDOW CLEANING, INC.,<br><br>Defendant. | No. 1:24-cv-13306<br><br>Honorable Judge Jeremy C. Daniel<br><br>Honorable Magistrate Judge Maria Valdez |

**JOINT STATUS REPORT REGARDING SETTLEMENT CONFERENCE**

Plaintiff Barbara Bulgart ("Plaintiff") and Defendant Prime Time Window Cleaning, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's August 14, 2026 Minute Order regarding the status of settlement discussions following the Parties' September 9, 2026 settlement conference.

The Parties participated in a private settlement conference before a third-party mediator on September 9, 2026, but were unable to reach a settlement.

Accordingly, the Parties intend to proceed with the litigation. Third-party discovery is complete, and the Parties respectfully request that the stay of deadlines be lifted and that the Court set a schedule for class certification briefing.

*[Counsel signatures to follow on next page.]*

JOINTLY AND RESPECTFULLY SUBMITTED this 16th day of September, 2026.


*/s/ Cassandra P. Miller*
Cassandra P. Miller
Samuel J. Strauss
Andrew G. Gunem
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue - Suite 1610
Chicago, IL 60611
Telephone: 872-263-1100
Facsimile: 872-263-1109
cmiller@straussborrelli.com
sam@straussborrelli.com
agunem@straussborrelli.com

/s/ *Anthony Paronich*
Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508-221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff and the Proposed Class*

/s/ *David M. Adler*
David M. Adler, ILL Bar No. 6242403
**ADLER LAW GROUP**
320 W. Ohio Street - Suite 3W
Chicago, IL 60654
Telephone: (866) 734-2568
david@adler-law.com

*Counsel for Defendant*
*Prime Time Window Cleaning, Inc.*

**CERTIFICATE OF SERVICE**

I, Cassandra P. Miller, hereby certify that on September 16, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 16th day of September, 2026.

Respectfully submitted,

*/s/ Cassandra P. Miller*
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue - Suite 1610
Chicago, IL 60611
Telephone: 872-263-1100
Facsimile: 872-263-1109
cmiller@straussborrelli.com