# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

---

Case Title: Bulgar v. Primetime Windows Case Number: 1:24-cv-13306

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Bulgar

Attorney name (type or print): Alex N. Jilizian

Firm: PARONICH LAW, P.C.

Street address: 2629 Manhattan Ave #1002

City/State/Zip: Hermosa Beach, CA 90254

Bar ID Number: 362307 Telephone Number: (213) 866-5293
(See item 3 in instructions)

Email Address: alex@paronichlaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/20/2026

Attorney signature: S/ Alex N. Jilizian
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023