**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **Barbara Bulgart** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case No. 1:24-cv-13306** |
| **v.** | ) |
| | ) **Hon. Jeremy C. Daniel** |
| **Prime Time Window Cleaning, Inc.,** | ) |
| | ) **Magistrate Judge Maria Valdez** |
| **Defendant.** | ) |
| | ) |

## JOINT MOTION TO APPROVE PROTECTIVE ORDER

NOW COMES Defendant Prime Time Window Cleaning, Inc. ("Defendant") and Barbara Bulgart ("Plaintiff"), by and through their respective undersigned counsel, and hereby respectfully move for this Court to enter the stipulated proposed Protective Order filed concurrently with this Motion.

Wherefore, the Parties pray that this Court will enter the proposed Protective Order submitted herewith.

## RULE 37.2 CERTIFICATION

Pursuant to Local Rule 37.2, Plaintiff's counsel has conferred with counsel for Defendant who agrees to the relief requested herein.

Dated: November 23, 2026

Respectfully submitted,

***For Plaintiff:***

Anthony Paronich (Lead Trial Attorney)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: 508-221-1510
anthony@paronichlaw.com

Cassandra P. Miller

***For Defendant:***

David M. Adler (Lead Trial Attorney)
ILL Bar No. 6242403
Adler Law Group
320 W. Ohio St., Suite 3W
Chicago, IL 60654
T: (866) 734-2568
David@adler-law.com
Attorney for Defendant

Samuel J. Strauss
Andrew G. Gunem
Strauss Borrelli PLLC
980 N Michigan Ave.
Suite 1610
Chicago, IL 60611
T: 872-263-1100
F: 872-263-1109
cmiller@straussborrelli.com
sam@straussborrelli.com
agunem@straussborrelli.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: /David M. Adler/
David M. Adler, Esq.
IL Bar No. 6242403
Adler Law Group
320 West Ohio St. Ste., 3W
Chicago, IL 60654
Phone & Fax (866) 734-2568
Email david@adler-law.com
*Attorney for Defendant*