**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **Barbara Bulgart** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 1:24-cv-13306 |
| **v.** | ) |
| | ) Hon. Jeremy C. Daniel |
| **Prime Time Window Cleaning, Inc.,** | ) |
| | ) Magistrate Judge Maria Valdez |
| **Defendant.** | ) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on November 23, 2026 I electronically filed the attached, JOINT MOTION TO APPROVE PROTECTIVE ORDER, a copy of which is attached hereto.

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: /David M. Adler/
David M. Adler, Esq.
IL Bar No. 6242403
Adler Law Group
300 Saunders Rd. Ste., 100
Riverwoods, IL 60015
Phone & Fax (866) 734-2568
Email david@adler-law.com
*Attorney for Defendant*